# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM B. TRESCOTT,                    )
                                        )
      Plaintiff                      )
                                        )
      v.                             )  Civil Action No. 08-00731(HHK)
                                        )
FEDERAL HIGHWAY ADMINISTRATION and      )
MARY E. PETERS, SECRETARY,              )
  U.S. DEPARTMENT OF TRANSPORTATION,    )
                                        )
      Defendants.                    )
                                        )

## ATTORNEY ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Beverly M. Russell,

Assistant U.S. Attorney, as counsel of record for the defendants Federal Highway

Administration and Mary E. Peters, Secretary, U.S. Department of Transportation.

Respectfully submitted,


/s/ Beverly M. Russell

BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing, *Attorney Entry of Appearance*, was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this 12th day of May, 2008 to:

William B. Trescott
8028 Farm to Market Road 457
Bay City, Texas 77414

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney