UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM B. TRESCOTT )
)
Petitioner, )
)
v. )
)
THE FEDERAL HIGHWAY ) No. 08-0731 HHK
ADMINISTRATION, )
THE SECRETARY OF ) (formerly 07-1327)
TRANSPORATION, )
and THE UNITED STATES, )
)
Respondents. )

## MOTION TO ALLOW ELECTRONIC CASE FILING

I am already registered for ECF and was issued a password in connection with my previous case number 05 CV 00678. I have PDF versions of my briefs that will save the Clerk a lot of time by not having to scan them—which is also more convenient for me since I reside in Texas.

Respectfully Submitted

_____
William B. Trescott

11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

First Name/Middle Initial/Last Name   William   B.   Trescott

Last four digits of Social Security Number   3038

DC Bar ID#:   pro se ~~05CV678(RWR)~~   Copy   08-0731 HHK

Firm Name   Trescott Intermodal Rail Service

Firm Address   8028 Farm to Market Road 457
Bay City Texas 77414

Voice Phone Number   979-244-3134

FAX Phone Number   _____

Internet E-Mail Address   trescott@truckingvideo.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:   U.S. District Court for the District of Columbia
                              Attn: Attorney Admissions
                              333 Constitution Avenue NW, Room 1825
                              Washington, DC 20001

Or FAX to:                    Peggy Trainum
                              U.S. District Court for the District of Columbia
                              (202) 354-3023

Applicant's Signature   _____ Copy  5-12-08_____

Trescott _____   W. _____   3038 _____
Full Last Name             Initial of     Last 4 Digits SS#
                           First Name