UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM B. TRESCOTT,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL HIGHWAY ADMINISTRATION<br><br>and<br><br>MARY E. PETERS, Secretary, U.S. Department of Transportation,<br><br>  Defendants. | Civil Action 08-00731 (HHK) |

**ORDER**

Before the court is plaintiff's "Motion to Allow Electronic Case Filing" [#4]. This motion fails to comply with LCvR 5.4(b)(2), which sets forth the proper procedure that a *pro se* party must follow in order to obtain a CM/ECF password. Because the motion fails to comply with the Local Rule, it is this 22nd day of May 2008, hereby

**ORDERED** that the motion [#4] is **DENIED** without prejudice.

Henry H. Kennedy, Jr.
United States District Judge
