UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM B. TRESCOTT,              ) | |
| )                                  | |
|     **Plaintiff**                          ) | |
| )                                  | |
| v.                                 ) | Civil Action No. 08-00731(HHK) |
| )                                  | |
| FEDERAL HIGHWAY ADMINISTRATION and ) | |
| MARY E. PETERS, SECRETARY,         ) | |
|  U.S. DEPARTMENT OF TRANSPORTATION, ) | |
| )                                  | |
|     **Defendants.**                       ) | |
| )                                  | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXPEDITE**

On May 16, 2008, Plaintiff moved to expedite this case which is on remand from the U.S. Court of Appeals for the District of Columbia Circuit. Plaintiff's underlying suit alleges that the Federal Highway Administration's regulations regarding commercial motor carrier vehicle size and weight standards are arbitrary and capricious because the standards preclude use of certain vehicles and products Plaintiff patented. Plaintiff makes this argument notwithstanding the point that the size and weight standards have been in place since 1984 and additionally are mandated by statute. See 23 U.S.C. § 127(a)(2) and 49 U.S.C. § 31113(a)(1). Although Defendants do not believe that Plaintiff's claims necessitate or warrant expedited consideration particularly given that the standards at issue have been longstanding, Defendants certainly believe that, given the nature of Plaintiff's claims, the Court can expeditiously dispose of this matter. Accordingly, to facilitate resolution of this suit, Defendants anticipate filing their Motion to Dismiss by June 6, 2008.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing, *Defendants' Response to Plaintiff's Motion to Expedite*, was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>30th</u> day of May, 2008 to:

William B. Trescott
8028 Farm to Market Road 457
Bay City, Texas 77414

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney