# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM B. TRESCOTT,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) **Civil Action No. 08-00731(HHK)** |
| | ) |
| **FEDERAL HIGHWAY ADMINISTRATION and** | ) |
| **MARY E. PETERS, SECRETARY,** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' FIRST MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, Federal Highway Administration and Mary E. Peters, Secretary, United States Department of Transportation, by and through their undersigned attorneys, move to extend the period by which they must file their reply to Plaintiff's opposition to Defendants' motion to dismiss up to and including July 9, 2008. The current filing deadline is today, June 30, 2008. Pursuant to Local Rule 7(m), Defendants' attorney telephoned Plaintiff and was informed that Plaintiff opposes the motion. However, this is Defendants' first request for such relief in this suit, and for reasons set forth below, Defendants respectfully submit that good cause exists for granting the relief.

Defendants note that they anticipated being able to file their reply today, June 30, 2008. However, due significantly to other work-related demands on their attorney taking longer than anticipated, including the filing of two replies in <u>Roane v. Mukasey</u>, Civil

Action No. 05-2337(RWR) on Friday, June 27, 2008, Defendants' counsel will not be

able to complete a draft of the reply in sufficient time to allow a reasonable period for

agency and supervisory review, and subsequent filing with the Court by the current

deadline.  Although the case appears to be fairly straightforward, agency review is

nevertheless critical given that the statutory provisions are specifically germane to the

agency.  Thus, the requested extension will provide the agency with a reasonable period

to review the reply for comprehensiveness and consistency with agency position.

Defendants additionally note that their counsel will be on leave from July 1-7, 2008, and

for this reason as well, Defendants seek the extension to July 9, 2008.

     A proposed Order consistent with the relief requested herein accompanies this

Motion.

Date: June 30, 2008

                    Respectfully Submitted,


                    /s/ Jeffrey A. Taylor /dvh
                    _____
                    JEFFREY A. TAYLOR, D.C. BAR #498610
                    United States Attorney

                    /s/ Rudolph Contreras /dvh
                    _____
                    RUDOLPH CONTRERAS, D.C. BAR #434122
                    Assistant United States Attorney

/s/ Beverly M. Russell
_____

BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the ***Defendants' First Motion for an Extension of Time to File Their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss*** was made by first class, prepaid mail to:

> William B. Trescott
> 8028 Farm to Market Road 457
> Bay City, Texas 77414

this <u>30th</u> day of June 2008.


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIAM B. TRESCOTT,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) **Civil Action No. 08-00731(HHK)** |
| | ) |
| **FEDERAL HIGHWAY ADMINISTRATION and** | ) |
| **MARY E. PETERS, SECRETARY,** | ) |
| **U.S. DEPARTMENT OF TRANSPORTATION,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of *Defendants' First Motion for an Extension of*

*Time to File Their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss*

and for good cause shown, it is by the Court this _____ day of

_____ 2008,

ORDERED that Defendants' motion should be and is hereby granted, and thus,

Defendants shall have up to and including July 9, 2008 to file their reply;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
William B. Trescott
8028 Farm to Market Road 457
Bay City, Texas 77414

Beverly M. Russell
Office of the U.S. Attorney
 for the District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530